```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NAHOKO MIZUTA and KENTARO MIZUTA, as        :
Parents and Natural Guardians of Y.M., and NAHOKO :
MIZUTA and KENTARO MIZUTA, Individually,    :
:                                    23-cv-4924 (LJL)
Plaintiffs,      :
:                                        ORDER
-v-                   :
:
DAVID C. BANKS, in his official capacity as Chancellor :
of the New York City Department of Education, and  :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
:
Defendants.      :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial conference in this action on September 14, 2023.  During that conference, the Court adopted the briefing schedule proposed by the parties, *see* Dkt. No. 12, pursuant to which Plaintiffs would move for summary judgment by October 27, 2023, Defendants would file their opposition and cross-motion for summary judgment on November 27, 2023, Plaintiffs would file their opposition and reply on December 19, 2023, and Defendants would file their reply on January 9, 2024.

      The administrative record was filed on September 21, 2023, but there have since been no entries on the docket.  The parties are directed to submit, by July 22, 2024, an update on the status of this case and what action, if any, the Court should take at this time.

      SO ORDERED.

Dated: July 8, 2024
      New York, New York                                   LEWIS J. LIMAN
                                                               United States District Judge