

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

July 22, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  *Mizuta, et al. v. Banks, et al.*, 23-CV-4924 (LJL)

Dear Judge Liman:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write jointly with counsel for Plaintiffs pursuant to Your Honor's Order dated July 8, 2024 (and filed on July 9, 2024) (Dkt. No. 18).

By Order dated July 8, 2024, Your Honor noted that the Court held an initial conference in this action on September 14, 2023, during which the Court adopted from the bench the parties' proposed briefing schedule, which they had set forth in their joint letter dated September 8, 2024. *See* Dkt. Nos. 12, 18. As Your Honor notes, pursuant to that schedule, Plaintiffs' Motion for Summary Judgment was due on October 27, 2023, with the parties' further briefing deadlines continuing through January 9, 2024, but no briefs were subsequently filed. *Id.* Therefore, Your Honor directed the parties "to submit, by July 22, 2024, an update on the status of this case and what action, if any, the Court should take at this time." Dkt. No. 18.

The parties apologize for their non-compliance with the briefing schedule, and for any inconvenience this has caused. The parties wish to proceed with briefing, and they jointly and respectfully propose the following schedule:

- August 28, 2024 - Plaintiffs to file Motion for Summary Judgment
- September 25, 2024 - Defendants to file Opposition and Cross-Motion for Summary Judgment
- October 16, 2024 - Plaintiffs to file Opposition and Reply

- November 7, 2024 - Defendants to file Reply

Additionally, the parties jointly and respectfully renew their request that the Court waive the submission of Rule 56.1 Statements, and that the Court permit the certified administrative record from the Office of State Review ("administrative record") to be filed under seal. *See* Dkt. No. 12. The parties recall that during the conference on September 14, 2023, the Court granted these requests. Plaintiffs subsequently filed the administrative record under seal on September 21, 2023. *See* Dkt. No. 17. However, the Office of State Review later notified the parties that the originally sent version of the record contained technical errors, and it sent the parties replacement versions of certain of the documents. Therefore, the parties will need to confer on this matter and re-file the record, either in part or in full. They respectfully request permission to do so under seal.

Thank you for your consideration of these requests.

Respectfully,

/s/ _____
Darian Alexander
Assistant Corporation Counsel

CC:    **BY ECF**
       *all counsel of record*

GRANTED.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

July 22, 2024

2